IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. COMPOS and MARTHA E. COMPOS; DAVID-WYNN MILLER; SYNTAX,<br><br>    Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE NATIONAL ASSOCIATION BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,<br><br>    Defendants.<br>_____/ | No. C 11-00480 CW<br><br>ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (Docket No. 9) |

    On March 10, 2011, Defendant JPMorgan Chase Bank, N.A. moved to dismiss the Complaint filed by Plaintiffs Jose M. Campos, Martha E. Campos, David-Wynn Miller, and Syntax.[1]  Docket No. 9.  A hearing on the motion was set for May 5, 2011.  Pursuant to Local Rule 7-3(a), Plaintiffs' opposition to the motion was due by April 14, 2011.  Thus far, Plaintiffs have failed to submit an opposition.

    Plaintiffs shall oppose Defendant JP Morgan's motion by May 4,

---

[1] The Court notes that while Plaintiffs Jose M. Campos and Martha E. Campos are listed with the surname Compos, the deed of trust attached to their complaint indicates that their surname is Campos.  Compl. at 22.  Accordingly, the Court refers to Plaintiffs by the surname Campos.

2011, or face dismissal of their action for failure to prosecute. The Court notes that Plaintiffs' complaint is unintelligible. If Plaintiffs fail to respond with an intelligible opposition, the Court shall deem Plaintiffs' submission a failure to prosecute the action and will dismiss it.

If Plaintiffs file an opposition on or before May 4, 2011, Defendant JPMorgan may submit a reply on or before May 11, 2011. The hearing set for May 5, 2011 is vacated.

IT IS SO ORDERED.

Dated: 4/27/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE M. COMPOS et al,

        Plaintiff,

v.

JPMORGAN CHASE NATIONAL ASSOCIATION BANK et al,

        Defendant.

Case Number: CV11-00480 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David-Wynn Miller
5166 North 63
Milwaukee, WI 53218

Jose M Compos
33755 15th Street
Union City, CA 94587

Martha E. Compos
33755 15th Street
Union City, CA 94587

Dated: April 27, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3