```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOSE M. COMPOS and MARTHA E. COMPOS; DAVID-WYNN MILLER; SYNTAX, | No. C 11-00480 CW |
| Plaintiffs, | ORDER REGARDING PLAINTIFFS' SUBMISSION (Docket No. 16) |
| v. | |
| JPMORGAN CHASE NATIONAL ASSOCIATION BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., | |
| Defendants. | |

Defendant JPMorgan Chase Bank, N.A. has moved to dismiss the Complaint filed by Plaintiffs Jose M. Campos, Martha E. Campos, David-Wynn Miller, and Syntax.[1]  Docket No. 9.  Plaintiffs failed to oppose timely.  The Court issued an order stating that Plaintiffs shall file their opposition by May 4, 2011, or their action will be dismissed for failure to prosecute.  Docket No. 15.

The Court has received the filing submitted by Plaintiffs on April 26, 2011.  Docket No. 16.  This submission could be Plaintiffs' opposition.  However, like Plaintiffs' complaint, the submission is unintelligible.  The Court will allow until May 4, 2011 for Plaintiffs to submit an intelligible opposition to

---

[1] The Court notes that while Plaintiffs Jose M. Campos and Martha E. Campos are listed with the surname Compos, the deed of trust attached to their complaint indicates that their surname is Campos.  Compl. at 22.  Accordingly, the Court refers to Plaintiffs by the surname Campos.

Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss.  If Plaintiffs do not file an intelligible opposition, per prior order, the Court will dismiss this action for failure to prosecute.

    IT IS SO ORDERED.

Dated: 4/29/2011

                                  CLAUDIA WILKEN
                                  United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE M. COMPOS et al,

        Plaintiff,

v.

JPMORGAN CHASE NATIONAL ASSOCIATION BANK et al,

        Defendant.

Case Number: CV11-00480 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David-Wynn Miller
5166 North 63
Milwaukee, WI 53218

Jose M Compos
33755 15th Street
Union City, CA 94587

Martha E. Compos
33755 15th Street
Union City, CA 94587

Dated: April 29, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3