IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. COMPOS and MARTHA E. COMPOS; DAVID-WYNN MILLER; SYNTAX,<br><br>    Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE NATIONAL ASSOCIATION BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,<br><br>    Defendants. | No. C 11-00480 CW<br><br>ORDER DISMISSING PLAINTIFFS' ACTION FOR FAILURE TO PROSECUTE |

    On March 10, 2011, Defendant JPMorgan Chase Bank, N.A. moved to dismiss the Complaint filed by Plaintiffs Jose M. Campos, Martha E. Campos, David-Wynn Miller, and Syntax.[1]  Docket No. 9.  A hearing on the motion was set for May 5, 2011.  Pursuant to Local Rule 7-3(a), Plaintiffs' opposition to the motion was due by April 14, 2011, but Plaintiffs failed to oppose by that deadline.

    On April 27, 2011, the Court issued an order requiring Plaintiffs to file their opposition by May 4, 2011.  Docket No. 15. In that order the Court also noted that Plaintiff's complaint was unintelligible, and stated that Plaintiffs were required to file an intelligible opposition or their action would be dismissed for failure to prosecute.

---

[1] The Court notes that while Plaintiffs Jose M. Campos and Martha E. Campos are listed with the surname Compos, the deed of trust attached to their complaint indicates that their surname is Campos.  Compl. at 22.  Accordingly, the Court refers to Plaintiffs by the surname Campos.

At the same time, Plaintiffs submitted a second unintelligible filing to the Court. Docket No. 16. On April 29, 2011, the Court issued an order noting that the submission could be Plaintiffs' opposition, but that it was unintelligible. Docket No. 17. The Court reiterated that Plaintiffs were required to file an intelligible opposition to Defendant's motion to dismiss by May 4, 2011, or face dismissal of their action for failure to prosecute.

Plaintiffs have failed to comply with the Court's order to submit an intelligible opposition. Therefore, Defendant JPMorgan Chase's motion to dismiss is granted, Docket No. 9, and Plaintiffs' action is dismissed without prejudice for failure to prosecute. Docket No. 9.

Defendant Mortgage Electronic Registration System, Inc. (MERS) did not join Defendant JPMorgan Chase's motion to dismiss and has not appeared in this case. Although MERS is not a party to JPMorgan Chase's motion, it is similarly situated and entitled to dismissal of the complaint against it. <u>Silverton v. Dep't of Treasury</u>, 644 F.2d 1341, 1345 (9th Cir. 1981) ("A District Court may properly on its own motion dismiss an action as to defendants who have not moved to dismiss where such defendants are in a position similar to that of moving defendants or where claims against such defendants are integrally related."). Plaintiffs' unintelligible complaint fails to comply with Federal Rule of Civil Procedure Rule 8, which requires a "short and plain statement of the claim showing that the pleader is entitled to relief," and "a demand for the relief sought." Allegations of federal question jurisdiction or diversity jurisdiction are indiscernible from

2

Plaintiffs' complaint. The complaint is silent as to the role of Plaintiffs David-Wynn Miller and Syntax in the dispute and, thus, fails to allege their standing to sue. In event that Plaintiffs have attempted to plead a claim for fraud, the allegations have not met the requirements of particularity under Federal Rule of Civil Procedure 9(b). MERS is not a party to the Deed of Trust attached to Plaintiffs' unintelligible complaint. These arguments JPMorgan has asserted are equally available to MERS.

    In sum, Plaintiffs have failed to prosecute their action in response to JPMorgan Chase's motion to dismiss, and have submitted an indecipherable complaint that plainly violates Rules 8 and 9, in addition to insufficiently alleging grounds for this Court's subject matter jurisdiction. Accordingly, Plaintiffs' complaint is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: 5/24/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE M. COMPOS et al,

        Plaintiff,

v.

JPMORGAN CHASE NATIONAL ASSOCIATION BANK et al,

        Defendant.

Case Number: CV11-00480 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David-Wynn Miller
5166 North 63
Milwaukee, WI 53218

Jose M Compos
33755 15th Street
Union City, CA 94587

Martha E. Compos
33755 15th Street
Union City, CA 94587

Dated: May 24, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

4